People of State of Illinois, Appellee, v. Jennie Singer et al., Defendants Below.
On Appeal of Clarence A. Blanchard, Intervening Petitioner, Appellant.

Gen. No. 45,905.

Lyle, Havey and Gager and Roger J. Boylan, for appellant; John Gutknecht, State's Attorney of Cook county, for appellee; Gordon B. Nash, Irving G. Lang, Assistant State's Attorneys, and Julia M. Hagerty, Special Assistant State's Attorney, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed May 12, 1953; released for publication August 4, 1953.